[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 19, 2009
THOMAS K. KAHN
CLERK

_____

No. 08-16890
Non-Argument Calendar

_____

D. C. Docket No. 04-00005-CR-4-RH

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RUTH WEAVER,
a.k.a. Ruth Gonzalez,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(June 19, 2009)

Before DUBINA, Chief Judge, PRYOR and HILL, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Ruth Weaver, has filed a motion to

withdraw on appeal and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's denial of § 3582(c)(2) relief is **AFFIRMED**.